JS-6

1  COX, CASTLE & NICHOLSON LLP
   Perry S. Hughes (State Bar No. 167784)
2  Scott R. Laes (State Bar No. 307894)
   2029 Century Park East, Suite 2100
3  Los Angeles, California  90067-3284
   Telephone: (310) 284-2200
4  Facsimile: (310) 284-2100
   Email: phughes@coxcastle.com;
5  slaes@coxcastle.com

6  Attorneys for Plaintiff
   Idemia America Corp.
7

8              **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10

11 IDEMIA AMERICA CORP., a          Case No. 2:22-cv-06023-PA-E
   Delaware corporation,
12                                   **ORDER ON JOINT
                    Plaintiff,       STIPULATION TO DIMISS
13                                   FEDERAL CLAIMS**

14        v.

15 LEACH INTERNATIONAL             Complaint Filed:    8/24/2022
   CORPORATION, a Delaware         FAC Filed:          12/19/2022
   corporation; ELDEMA LIGHTS INC., a
16 California corporation; GENISCO
   TECHNOLOGY CORP., a Delaware    Discovery Cut-Off   9/25/2023
17 corporation; ENGINEERED         Trial               12/5/2023
   MAGNETICS, INC., a California
18 corporation; THE DOMINGUEZ
   ESTATE COMPANY, a California
19 corporation; THE NORTHWEST
   MUTUAL LIFE INSURANCE
20 COMPANY, a Wisconsin corporation;
   MCV III Associates, a California
21 general partnership; COPLEY REAL
   ESTATE INCOME PARTNERS 2, a
22 California limited partnership; AEW
   REAL ESTATE ADVISORS, a
23 Massachusetts corporation; TRI
   PARTNERS, a California general
24 partnership; THE MULLER
   COMPANY, a California corporation;
25 GULTON INDUSTRIES, INC., a New
   Jersey corporation; EM LIQUIDATION
26 CORPORATION, a California
   corporation; STEVEN MILLER, an
27 individua; WILLIAM ZIMMERMAN,
   an individual; IRWIN MILLER, an
28

COX, CASTLE &       088580\16875476v1          [PROPOSED] ORDER ON JOINT STIP. TO
NICHOLSON LLP                                  DISMISS FEDERAL CLAIMS 2:22-CV-
                                               06023-PA-E

1  individual; and WILLIAM MYERS, an
   individual; and DOES 1-20, inclusive,
2
3       Defendants.

4

5

6

7                              **ORDER**

8       Having considered the Parties' Joint Stipulation To Dismiss Federal Claims,

9  the Court hereby orders that the Parties' claims, including counter and cross-claims

10 based on 42 U.S.C. § 9601 et seq, shall be dismissed without prejudice.  Further,

11 the Court hereby declines to exercise supplemental jurisdiction over the remaining

12 California statutory and common law claims.  Plaintiff shall have thirty (30) days to

13 refile its claims in California Superior Court pursuant to 28 U.S.C. §1367(d).

14 Lastly, the Parties shall bear their own costs and fees, and no Party shall be

15 considered a prevailing party in this matter.

16

17      **IT IS SO ORDERED.**

18

19

20

21 DATED:     July 7, 2023

22                                 Percy Anderson
                                   United States District Judge
23

24

25

26

27

28